UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MARIO McCANN,  )
  )
        Petitioner,  )
v.  )  No. 1:07-cv-175-SEB-TAB
  )
EDWIN BUSS, Superintendent,  )
  )
        Respondent.  )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 06/12/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mario McCann, DOC #953632, Indiana State Prison, P.O. Box 41, Michigan City, IN 46360

Kelly A. Miklos
OFFICE OF THE INDIANA ATTORNEY GENERAL
kelly.miklos@atg.in.gov